```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
v.                                                                :    13 Cr. 268 (JMF)
                                                                  :
ALIMZHAN TOKHTAKHOUNOV et al.,                                    :    ORDER
                                                                  :
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

　　　The arraignment and initial appearance for all defendants in this matter will take place on **April 19, 2013**, at **1 p.m.** in **Courtroom 23A** of the Daniel Patrick Moynihan Courthouse, **500 Pearl Street**, New York, NY 10007.  (The Court will begin the conference **promptly** at 1 p.m., so all parties should be in the Courtroom before that time.)  At that conference, the Court intends to set a trial date.  Accordingly, counsel should confer in advance of the conference to determine what month or months they are available to try the case, leaving enough time to resolve any motions and for trial preparation.  (The Court will defer the question of severance on the basis of the number of defendants until closer to the trial date.)

　　　SO ORDERED.

Dated: April 17, 2013
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JESSE M. FURMAN
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge