UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                    :
:
v.                                          :       13 Cr. 268 (JMF)
:
ALIMZHAN TOKHTAKHOUNOV et al.,              :       ORDER
:
Defendants.              :
:
------------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2013
```

JESSE M. FURMAN, United States District Judge:

Although Paragraph 3(B) of this Court's Individual Rules and Practices for Criminal Cases require that any request for substitution of counsel be made in person, the Court has — in view of the circumstances in this case — allowed for some substitutions of counsel to be made by stipulation and order. Any stipulation and proposed order regarding the substitution of counsel in this case must be submitted to the Orders and Judgments Clerk of the Court by **May 17, 2013**, and must contain the signatures of current counsel, incoming counsel, and the defendant. Further, incoming counsel must attest in any such stipulation that counsel is aware of the scheduling order entered in this case (Docket No. 92), and is prepared to abide by all dates and deadlines set forth therein, including the trial date of June 9, 2014.

**Any application for substitution of counsel made after May 17, 2013, must be made in person in accordance with the Court's Individual Rules and Practices.**

SO ORDERED.

Dated: May 10, 2013
       New York, New York

_____
JESSE M. FURMAN
United States District Judge