```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,              :

         - v. -                        :   SECOND FINAL ORDER OF
                                           FORFEITURE
ALIMZHAN TOKHTAKHOUNOV,                :
   a/k/a "Taiwanchik,"
   a/k/a "Alik,"                       :   13 Cr. 268 (JMF)
VADIM TRINCHER,
   a/k/a "Dima,"                       :
ANATOLY GOLUBCHIK,
   a/k/a "Tony,"                       :
MICHAEL SALL,
STAN GREENBERG,                        :
   a/k/a "Slava,"
ILLYA TRINCHER,                        :
HILLEL NAHMAD,
   a/k/a "Helly,"                      :
JOHN HANSON,
NOAH SIEGEL,                           :
   a/k/a "The Oracle,"
JONATHAN HIRSCH,                       :
ARTHUR AZEN,
DONALD MCCALMONT,                      :
DMITRY DRUZHINSKY,
   a/k/a "Dima,"                       :
   a/k/a "Blondie,"
ALEXANDER ZAVERUKHA,                   :
   a/k/a "Sasha,"
ALEXANDER KATCHALOFF,                  :
   a/k/a "Murushka,"
ANATOLY SHTEYNGROB,                    :
   a/k/a "Tony,"
ILYA ROZENFELD,                        :
PETER SKYLLAS,
RONALD UY,                             :
NICHOLAS HIRSCH,
BRYAN ZURIFF,                          :
MOSHE ORATZ,
KIRILL RAPOPORT,                       :
DAVID AARON,
   a/k/a "D.A.,"                       :
JUSTIN SMITH,
ABRAHAM MOSSERI,                       :
```

```
WILLIAM EDLER,
PETER FELDMAN,                           :
EUGENE TRINCHER,
EDWIN TING,                              :
   a/k/a "Eddie,"
MOLLY BLOOM,                             :
WILLIAM BARBALAT,
YUGESHWAR RAJKUMAR,                      :
   a/k/a "Mateo Hermatte," and
JOSEPH MANCUSO,                          :
   a/k/a "Joe the Hammer,"
                                         :
          Defendants.
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about April 11, 2013, ALIMZHAN TOKHTAKHOUNOV, a/k/a "Taiwanchik," a/k/a "Alik," and the other above-named defendants (the "defendants") were charged in a twenty-seven count Indictment, 13 Cr. 268 (JMF) (the "Indictment") with, *inter alia,* participating in a racketeering conspiracy, in violation of 18 U.S.C. § 1962(d) (Counts One and Three); racketeering, in violation of 18 U.S.C. § 1962(c) (Counts Two and Four); operating an illegal sports gambling business, in violation of 18 U.S.C. §§ 1955 and 2 (Counts Five, Nine and Sixteen); accepting financial instruments for unlawful internet gambling, in violation of 31 U.S.C. §§ 5363 and 5366 and 18 U.S.C. § 2 (Counts Six, Eleven and Seventeen); money laundering conspiracy, in violation of 18 U.S.C. § 1956(h) (Counts Seven, Twelve and Eighteen); collecting extensions of credit by extortionate means, in violation of 18 U.S.C. § 894 (Counts Eight and Nineteen); transmitting sports wagering information, in violation of 18 U.S.C. §§ 1084 and 2 (Count Ten);

structuring, in violation of 31 U.S.C. § 5324(a)(3) and (d)(1) and 18 U.S.C. § 2 (Count Thirteen); extortion, in violation of 18 U.S.C. § 894(a)(1) and (a)(2) (Count Fourteen); wire fraud conspiracy, in violation of 18 U.S.C. § 1349 (Count Fifteen); operating an illegal poker business, in violation of 18 U.S.C. §§ 1955 and 2 (Count Twenty); and Travel Act violations, in violation of 18 U.S.C. §§ 1952 and 2 (Counts Twenty-One through Twenty-Seven);

WHEREAS, on or about November 14, 2013, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Properties (the "Trincher Order") forfeiting all of Vadim Trincher's right, title and interest in, *inter alia*, the following Specific Property:

> Villanova Properties, LLC, and all assets thereof, including but not limited to any and all funds on deposit in Citibank account number 759471457 (the "Villanova Account");

WHEREAS, on or about November 15, 2013, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Properties (the "Golubchik Order") forfeiting all of Anatoly Golubchik's right, title and interest in, *inter alia*, the following Specific Property:

> Villanova Properties, LLC, and all assets thereof, including but not limited to any and all funds on deposit in the Villanova Account;

WHEREAS Michael Sall asserted to the Government that Jennifer Sall, Kathryn Sall and Elizabeth Sall (collectively with Michael Sall, "the Salls") held a one-third interest in Villanova Properties, LLC;

... 

WHEREAS Hare Nichols Segal & Brint LLC ("Hare Nichols") asserted to the Government that it had an interest in $5,392.00 of the funds in the Villanova Account;

WHEREAS, on or about April 21, 2014, this Court entered a Stipulation and Order between the Salls and the Government (the "Sall Stipulation"), under which:

(i) The interests forfeited to the United States via the Trincher Order and the Golubchik Order in 137,651 shares of common stock in Achronix Semiconductor Corporation ("Achronix") held by Villanova Properties, LLC, were transferred to Jennifer Sall, Kathryn Sall, and Elizabeth Sall in equal shares; and

(ii) The Salls consented to the forfeiture to the United States of (a) any and all funds on deposit in the Villanova Account; (b) 275,302 shares of common stock in Achronix held by Villanova Properties, LLC (the "Achronix Stock"); and (c) any other asset in which Villanova Properties, LLC had an interest.

WHEREAS, on or about August 20, 2014, this Court entered a Stipulation and Order (the "Hare Nichols Stipulation") providing that Hare Nichols receive $5,392.00 in United States currency from

the Villanova Account, and that Hare Nichols consented to the forfeiture to the United States of the remainder of the Villanova Account funds (the "Forfeited Villanova Funds");

WHEREAS, on or about April 8, 2015, the Court entered a Final Order of Forfeiture (Docket Item 1205), forfeiting to and vesting in the United States all right, title and interest in, among other assets, 275,302 shares of common stock in Achronix held by Villanova Properties, LLC and the Forfeited Villanova Funds;

WHEREAS, upon initiating execution of the Final Order of Forfeiture with respect to the Achronix Stock, the United States Marshals Service was advised by representatives of Achronix that Villanova Properties, LLC also owns the following:

(i) 187,047 shares of Achronix Series C Preferred Stock;

(ii) 689,293 shares of Achronix Series D Preferred Stock; and

(iii) a warrant to purchase 300,000 shares of Achronix Series C Preferred Shares

(together, the "Additional Villanova Assets");

WHEREAS, notice of forfeiture of, *inter alia*, Villanova Properties LLC and all assets thereof, was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days commencing on or about April 23, 2014, and proof

of publication was filed with the Clerk of Court on or about July 30, 2014 (Docket Item 1074);

WHEREAS, pursuant to 21 U.S.C. § 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of the forfeiture as set forth in 21 U.S.C. § 853(n)(2);

WHEREAS, thirty (30) days have expired since final publication of notice and no petitions to contest the forfeiture have been filed, and no claims of an interest in the assets of Villanova Properties, LLC have been asserted, other than those asserted by the Salls and Hare Nichols and resolved by the Sall Stipulation and the Hare Nichols Stipulation;

NOW, THEREFORE, on the application of Preet Bharara, Alexander J. Wilson, Assistant United States Attorney,

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Additional Villanova Assets is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to 21 U.S.C. § 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Additional Villanova Assets.

3. The United States Marshals Service shall take possession of the Additional Villanova Assets and dispose of the same according to law, in accordance with 21 U.S.C. § 853(h).

4. The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Jason Cowley, Chief, Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, Southern District of New York, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       __May 25__, 2016

                            SO ORDERED:

                            _____
                            HONORABLE JESSE M. FURMAN
                            UNITED STATES DISTRICT JUDGE

**The Clerk of Court is directed to terminate Docket No. 1295.**